IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KABAS KRASNICI,<br><br>    Plaintiff,<br><br>  v.<br><br>UBS AG, et al.,<br><br>    Defendants. | Case No. 25-cv-07694-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING CASE** |

The Court has reviewed Magistrate Judge Laura Beeler's Report and Recommendation (dkt. 32) as well as Dr. Krasnici's objection to the Report and Recommendation ("Obj.") (dkt. 33). Dr. Krasnici, proceeding pro se, brought a suit against several banks—including many international branches and offices—alleging, among a host of claims, that the banks "failed to honor fiduciary obligations, diverted or concealed escrowed and secured assets, and refused accounting." Compl. (dkt. 1) at 6. He sought damages of $640 billion and 600 million in euros. Id. Judge Beeler screened the complaint and issued two orders to show cause identifying material deficiencies in the pleadings—also allowing Dr. Krasnici to amend the complaint. R&R at 2. The Court now adopts Judge Beeler's Report and Recommendation and dismisses the action.

Dr. Krasnici failed to address the deficiencies that the Report and Recommendation identified: lack of personal jurisdiction and venue. R&R at 2. Instead, Dr. Krasnici criticized Judge Beeler's Report and Recommendation as "procedurally defective and substantively biased." Obj. at 7. But these alleged problems are unrelated to the grounds for Judge Beeler's report. Dr. Krasnici challenges irrelevant issues such as Judge Beeler's issuance of the report on a non-business day and the creation of "false deadlines." Id.

Judge Beeler recommends that the complaint be dismissed for lack of personal jurisdiction and venue because Dr. Krasnici fails to sufficiently allege "what the defendants did and where they did it." R&R at 2. This is correct. Neither the complaint nor Dr. Krasnici's supplemental pleading provides any clarification that would indicate the Court has jurisdiction over the defendants or whether this District is the appropriate venue.

Therefore, the Court DISMISSES Dr. Krasnici's complaint. He may refile without prejudice in another forum.

**IT IS SO ORDERED.**

Dated: September 30, 2025

CHARLES R. BREYER
United States District Judge