IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KABAS KRASNICI, | Case No. 25-cv-07694-CRB |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| UBS AG, et al., | |
| Defendants. | |

Adopting Magistrate Judge Laurel Beeler's Report and Recommendation, this Court dismissed this action on September 30, 2025, due to a lack of personal jurisdiction and improper venue. Order (dkt. 38). Plaintiff Kabas Krasnici moved for reconsideration, arguing that the Court did not consider material evidence and manifestly failed to consider material facts.[1] Mot. (dkt. 39). Dr. Krasnici's motion is **DENIED**.[2]

Contrary to Dr. Krasnici's assertion, the Court explicitly considered his objection to Judge Beeler's report. See Order at 1 ("The Court has reviewed . . . Dr. Krasnici's objection."). And his supplemental filings (Dkts. 36, 37) are not material to any discussion of jurisdiction or venue. Additionally, Dr. Krasnici's "DHL-delivered evidence" is of no consequence as it could not have been before the Court if it was "never uploaded to the docket." Mot. at 2. Likewise, Dr. Krasnici has not shown a manifest failure to consider

---

[1] Dr. Krasnici also moves based on procedural irregularities and an attempt to cure jurisdiction and venue via an amended complaint. As these are not appropriate grounds for a motion for reconsideration, the Court declines to consider them. Civil L.R. 7-9(b).

[2] The Court notes that Dr. Krasnici did not obtain leave of court to file this motion. Civil L.R. 7-9(a) ("No party may notice a motion for reconsideration without first obtaining leave of Court"). Given Dr. Krasnici's pro se status, this Court will construe Dr. Krasnici's motion as requesting leave.

United States District Court
Northern District of California

material facts.  He claims to have "expressly identified" San Jose as the location of alleged fraudulent transactions, but such identification is nowhere apparent in his objection.  Id. Indeed, Dr. Krasnici also seems to have trouble locating this express identification given that he fails to point to a specific page in his own citation—leaving it blank.  Id.

In the alternative, Dr. Krasnici asks this Court to transfer the action to another court. But the Court already noted that Dr. Krasnici may "refile without prejudice in another forum."  Order at 2.  He remains free to file in an appropriate forum.

**IT IS SO ORDERED.**

Dated:  October 7, 2025

CHARLES R. BREYER
United States District Judge